**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MUSTAPHA MIAL, | Case No. 2:14-cv-01898-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| CINDY MIRRITT, | (DKT. #20, #23) |
| Defendant. | |

IT IS ORDERED that plaintiff Mustapha Mial's two motions for reconsideration (Dkt. #20, #23) are DENIED.

DATED this 8th day of July, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE